.NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT BOSCH LLC,**
*Plaintiff-Appellant,*

v.

**PYLON MANUFACTURING CORP.,**
*Defendant-Cross Appellant.*

---

2011-1363, -1364

---

Appeals from the United States District Court for the District of Delaware in case no. 08-CV-0542, Judge Sue L. Robinson.

---

## ON MOTION

---

## ORDER

Upon consideration of Pylon Manufacturing Corp.'s motion for an extension of time to file its principal brief,

IT IS ORDERED THAT:

The motion is granted. Pylon's principal brief will be due 14 days after this Court's decision regarding Robert Bosch, LLC's motion for reconsideration of its motion to dismiss this appeal.

FOR THE COURT

OCT 0 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Mark A. Pals, Esq.
Mark A. Hannemann, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 7 2011

JAN HORBALY
CLERK